Certificate Number: 03088-ILN-DE-033877853

Bankruptcy Case Number: 19-35274



03088-ILN-DE-033877853

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 28, 2019</u>, at <u>4:26</u> o'clock <u>PM CST</u>, <u>Hermon L Walker Jr.</u> completed a course on personal financial management given <u>by telephone</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Northern District of Illinois</u>.

Date:   <u>December 28, 2019</u>        By:     <u>/s/Tania Roman</u>

Name:  <u>Tania Roman</u>

Title:   <u>Counselor I</u>